# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY HOLLAND, | No. 3:17-CV-1301 |
| Petitioner, | (Judge Brann) |
| v. | |
| J. BALTAZAR, | |
| Respondent. | |

## ORDER

### MARCH 28, 2019

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED** that:

1. The petition for writ of habeas corpus, (Doc. 1) is **DENIED**.

2. The Clerk of Court shall **CLOSE** this case.

3. Petitioner's motion for an evidentiary hearing (Doc. 21) is **DISMISSED** as moot.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge