IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY HOLLAND, | No. 3:17-CV-01301 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| J. BALTAZAR, | |
| Respondent. | |

## ORDER

### NOVEMBER 22, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Holland's 28 U.S.C. § 2241 petition (Doc. 1) is **DENIED**;

2. Holland's motion *in limine* (Doc. 48) is **DENIED**; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge